UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00531

**Kerry David Greer,**
*Plaintiff,*

v.

**KLTV-7 News et al.,**
*Defendants.*

# ORDER

Plaintiff Kerry David Greer, a former inmate proceeding pro se, filed this lawsuit against, among others, defendant KLTV-7 News Station pursuant to 42 U.S.C. § 1983. This case was referred to United States Magistrate Judge K. Nicole Mitchell. On September 27, 2021, the magistrate judge issued a report recommending that plaintiff's civil-rights lawsuit be dismissed, with prejudice, as both frivolous and for the failure to state a claim upon which relief may be granted. Doc. 18. No objections to the magistrate judge's report were filed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's civil-rights action is dismissed with prejudice as frivolous and for the failure to state a claim upon which relief may be granted.

*So ordered by the court on October 21, 2021.*

J. CAMPBELL BARKER
United States District Judge